# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS AGUILAR, JR., | CASE NO. 1:12-cv-01531-SKO PC |
| Plaintiff, | ORDER DENYING MOTION TO SEAL RECORD, DENYING PENDING MOTIONS AS MOOT, AND DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| WARDEN P. L. VASQUEZ, et al., | |
| Defendants. | (Docs. 6, 7, 9, and 13) |

On November 26, 2012, Plaintiff Louis Aguilar, Jr. filed a motion to seal the record and a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice. *Duke Energy Trading and Marketing, L.L.C. v. Davis*, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. *Id.* Therefore, the Court will direct the Clerk's Office to close this case.

With respect to Plaintiff's motion to seal the record, filings in cases such as this are a matter of public record absent compelling justification. *United States v. Stoterau*, 524 F.3d 988, 1012 (9th Cir. 2008). Given the absence of sufficiently exceptional circumstances warranting relief, Plaintiff's motion to seal must be denied. *Id.*

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to seal the record is DENIED;
2. Plaintiff's pending motions for preliminary injunctive relief and to amend are DENIED as moot; and

3. The Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on November 26, 2012.

IT IS SO ORDERED.

**Dated:**   **November 27, 2012**                          /s/ Sheila K. Oberto
                                                        UNITED STATES MAGISTRATE JUDGE